MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV (CSBN# 223532)
Counsel for Wage and Hour
KARLA MALAGON CASTILLO (CSBN#320505)
Trial Attorney
KARINA WEGMAN (DCB#1618649)
Trial Attorney
Office of the Solicitor
United States Department of Labor
300 5th Avenue, Suite 1120
Seattle, WA 98104
Telephone: (206) 757-6753
Email: Wegman.Karina.E@dol.gov

Attorneys for Plaintiff Secretary of Labor

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>NELDY'S R.C., INC., NELSON SENGSON CASTRO, an Individual, JON NEIL ROQUE CASTRO, an Individual,<br><br>Defendants. | Case No.: 5:22-cv-1959<br><br>**COMPLAINT**<br>Violations of Fair Labor Standards Act ("FLSA"), 29 U.S.C §§ 201, *et seq.* |

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, brings this action to enjoin Defendants Neldy's R.C., Inc., Nelson Sengson Castro, and Jon Neil Roque Castro ("Defendants"), from violating provisions of Sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 207, 211(c), 215(a)(2) and 15(a)(5) and to recover amounts owed under the FLSA to employees of Defendants, as listed by name in the attached Exhibit A to this complaint, for the period of December 1, 2018 to July 31, 2021.

1. This Court has subject matter jurisdiction over this action under Section 17 of the FLSA, 29 U.S.C. § 217; this Court also has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question) and § 1345 (United States as Plaintiff).

2. (a) Defendant Neldy's R.C., Inc. is and at all relevant times has been a corporation in California with an office and place of business at 11411 Stanford Avenue, Garden Grove, California 92840, within the jurisdiction of this Court, and has been engaged in business as a residential care facility.

(b) On information and belief, Defendant Nelson Sengson Castro resides at 43350 San Fermin Pl., Temecula, California 92592, within the jurisdiction of this Court.

(c) Defendant Nelson Sengson Castro is and at all relevant times has been acting directly or indirectly in the interest of Neldy's R.C., Inc., in relation to the employees of Neldy's R.C., Inc., and is an employer under the FLSA § 3(d), 29 U.S.C. § 203(d).

(d) On information and belief, Defendant Jon Neil Roque Castro resides at 2055 Nordic Ave., Chino Hills, California 91709, within the jurisdiction of this Court.

(e) Defendant Jon Neil Roque Castro is and at all relevant times has been acting directly or indirectly in the interest of Neldy's R.C., Inc., in relation to the employees of Neldy's R.C., Inc., and is an employer under the FLSA § 3(d), 29 U.S.C. § 203(d).

3. Defendants' activities constitute, and at all times material hereto have constituted, related activities performed through unified operation or common control for a common business purpose; and are, and at all times material hereto have been, an "enterprise" as defined in the FLSA § 3(r), 29 U.S.C. § 203(r).

4. The aforesaid enterprise has, and at all times material hereto has had, employees engaged in commerce or in the production of goods for commerce, or in handling, selling or otherwise working on goods or materials which have been moved in or produced

for commerce. Said enterprise has, and at all times material hereto has had, an annual gross volume of sales made or business done (exclusive of any excise taxes at the retail level, if any, that were separately stated) of no less than $500,000.00; and said enterprise constitutes, and at all times material hereto has constituted, an "enterprise engaged in commerce or in the production of goods for commerce" as defined in the FLSA § 3(s), 29 U.S.C. § 203(s).

5. Defendants, individually and jointly, serving as agents for one another, have controlled the material aspects of the employment relationship with all employees at Neldy's R.C., Inc.'s place of business located at 11411 Stanford Avenue, Garden Grove, California 92840, including, hiring, firing, setting pay rates, setting work schedules, assigning work, and preparing and maintaining pay records; these employees are listed in the attached Exhibit A. As such, Defendants are jointly and severally liable for all back wages due to their employees.

6. Defendants have violated the provisions of Sections 7 and l5(a)(2) of the FLSA, 29 U.S.C. § 207 and § 215(a)(2), by employing employees engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA § 3(s), 29 U.S.C. § 203(s), for workweeks longer than 40 hours without compensating said employees for their employment in excess of 40 hours in such workweeks at rates not less than one and one-half times the regular rates at which they were employed.

7. Defendants have violated the provisions of Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. § 211(c) and § 215(a)(5), by failing to maintain, keep, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by the regulations promulgated by the Plaintiff-Secretary pursuant to the authority granted in the FLSA and published in the Federal Register and known as Title 29, Code of Federal Regulations, Part 516.

8. (a) During the period from December 2, 2018 to July 31, 2021, Defendants

have repeatedly and willfully violated and are violating the above-described provisions of the FLSA.

(b) As a result of the violations of the monetary provisions of the FLSA, there is unpaid overtime compensation due under the FLSA that is being withheld by the Defendants.

(c) A judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by Section 17 of the FLSA, 29 U.S.C. § 217.

(d) A judgment enjoining and restraining the continued withholding of unpaid overtime compensation due under the FLSA is specifically authorized by Section 17 of the FLSA, 29 U.S.C. § 217.

(e) Judgment awarding unpaid overtime compensation due under the FLSA, plus an additional amount, as liquidated damages, that is equal to the amount of overtime compensation that accrued under the FLSA, is specifically authorized by FLSA § 16(c), 29 U.S.C. § 216(c).

WHEREFORE, cause having been shown, the Secretary prays for a judgment against Defendants as follows:

A. For an order pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, and employees, and those persons in active concert or participation with them, from prospectively violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 215(a)(2) and 215(a)(5); and

B. For an order

(i) pursuant to FLSA § 16(c), 29 U.S.C. § 216(c) finding the Defendants liable for any unpaid overtime compensation that may be found by the Court to be due under the FLSA plus an additional amount as and for liquidated damages, equal to any overtime compensation found to have accrued under the FLSA, to present and former employees of Defendants including the persons listed by name on the attached Exhibit A; or

(ii) in any instances where liquidated damages are not awarded herein, restraining, pursuant to FLSA § 17, 29 U.S.C. § 217, the Defendants, their officers, agents, servants, and employees and all persons in active concert or participation with them, from continuing to withhold the payment of any unpaid overtime compensation that may be found by this Court to have accrued under the FLSA to present and former employees of Defendants including the persons listed by name on the attached Exhibit A, plus pre-judgment interest thereon; and,

C. Awarding the Secretary the costs of this action and providing such further legal and equitable relief as may be deemed appropriate.

Dated: November 7, 2022

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour

*/s/ Karla Malagon Castillo*
KARLA MALAGON CASTILLO
Trial Attorney

*/s/ Karina Wegman*
KARINA WEGMAN
Trial Attorney

Attorneys for the Plaintiff
U.S. Department of Labor

Exhibit A

| First Name | Last Name |
|---|---|
| Alfredo | Adoptante |
| Florante | Adoptante |
| Darrel | Adrian |
| Narciso | Aguilar |
| Maria | Alcantara |
| Lora | Aquino |
| Jed | Aquino |
| Paul | Arcinas |
| Gabriele | Arionday |
| Aries | Bansil |
| Rina | Bognot |
| Prince | Booc |
| Milagros | Borja |
| Marites | Boyer |
| Kyle | Bustillo |
| Marcelo | Caaway |
| Myrna | Cabaneros |
| John | Calimag Jr. |
| Gertrude | Canceran |
| Melquiades | Canceran |
| Jennelyn | Canlas |
| Corazon | Canlas |
| Leoncio | Canlas |
| Mark | Carreon |
| Reynaldo | Cerezo |
| Antonio | Co |
| Robert | Cruz |
| Purificacion | Cruz |
| Brian | David |
| Jerry | DeGuzman |
| Virgilio | DeLa Rosa |
| Vaun | DeLos Santos |
| Grazielle | Din |
| Nestor | Doroja |
| Jacob Dion | Draculan |
| Archieval | Espera |

| | |
|---|---|
| Arnie | Espera |
| Victorio | Esteves |
| Charmaine | Estigoy |
| Constancio | Estigoy |
| Myrna | Evangelista |
| Darrel | Familara |
| Norbert | Fernando |
| Rowen | Francisco |
| Luz | Francisco |
| Ramerl | Francisco |
| Rowel | Galit |
| Eldifonso | Gallego |
| Enriqueta Reinelda | Gallegos |
| Benjamin | Gamol |
| Alfredo | Garcia |
| Fe | Garcia Navarro |
| Gerry | Garino |
| Sussette | Gomez |
| Adam | Greco |
| Winnie | Greco |
| Conrado | Gutierrez |
| Hector | Huerta |
| Junias | Hutabarat |
| Redentor | Ison |
| Benjamin | Jacildo |
| Robert | Javier |
| Christian | Lumentah |
| Arsenio | Luna |
| William | Luzadas |
| Ruben | Manalang |
| Gino | Manaloto |
| Aiko | Manaloto |
| Maria Karla | Manuel |
| Nilo | Medina |
| Rommel | Mendoza |
| Jay | Miasco |
| Elie | Naddour |
| Funmilayo | Olaosebikan |
| Jesusito | Orolfo |
| Aries | Parchejo |

| | |
|---|---|
| Kevin | Pascua |
| John | Penaflor |
| Ester | Poquiz |
| Alfonso | Poquiz |
| Felimon | Rambayon Jr. |
| Richard | Ratcliffe |
| Sabino | Razon |
| Carlo | Rivera |
| Michelle | Rojas, Castro |
| Jeffrey | Roque |
| Virgilio | Rosa |
| Ariston | Sabarre |
| Genaro | Salonga |
| Esmeralda | Salteras |
| Nicolas | Salteras |
| Omer | Sanga |
| Cornelio | Sanga Jr |
| Vaun | Santos |
| Adrian | Santos |
| Jacinto | Santos |
| Ronaldo | Saraza |
| Sandy | Silaban |
| Marites | Simbulan |
| Jaime | Tan |
| Guadalupe | Tapia |
| Walter | Templora |
| John Jacob | Tolentino |
| John Paul | Tunac |
| Rodolfo | Villa |
| Antonio | Villaluna |
| Ryan | Villamer |
| Mark | Vincent |

**COMPLAINT**  **Page 8 of 8**